IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:23-CR-3039 |
| vs. | PRELIMINARY ORDER OF FORFEITURE |
| TARRA ARCOS and GLENDA AGUILAR, | |
| Defendants. | |

This matter is before the Court on the plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 81).

Defendants Tarra Arcos and Glenda Aguilar were charged with possessing methamphetamine with intent to distribute it, in violation of 21 U.S.C. § 841 and § 846. Filing 1. The indictment also contained a forfeiture allegation seeking the forfeiture, pursuant to 21 U.S.C. § 853, of $66,313 in United States currency seized from 110 N. Arthur St., Grand Island, Nebraska on March 3, 2023, on the basis that it was used to facilitate the commission of the offense and was derived from proceeds obtained, directly or indirectly, as a result of committing the offense. Filing 1 at 2-3. The amount the plaintiff now seeks to forfeit is $66,308. Filing 81 at 1.

The defendants have pled guilty to the crimes alleged and admitted the forfeiture allegation. Filing 64 at 1; filing 62 at 4-5; filing 77 at 1; filing 82 at 21. By virtue of pleading guilty to the charges and admitting the forfeiture allegations, the defendants have forfeited their interest in the property. Therefore, the plaintiff should be entitled to possession of the property pursuant to 21 U.S.C. § 853, and the plaintiff's motion for preliminary order of forfeiture is granted.

IT IS ORDERED:

1.     The plaintiff's Motion for Issuance of Preliminary Order of Forfeiture (filing 81) is granted.

2.     Based upon the defendants' guilty pleas and admission of the forfeiture allegation of the indictment, the plaintiff is authorized to seize the $66,308 in United States currency.

3.     The defendants' interest in the property is forfeited to the plaintiff for disposition in accordance with law, subject to the provisions of 21 U.S.C. § 853(n)(1).

4.     The property is to be held by the plaintiff in its secure custody and control.

5.     Pursuant to 21 U.S.C. § 853(n)(1), the plaintiff shall publish for at least thirty consecutive days on an official Internet government forfeiture site (www.forfeiture.gov) notice of this order, notice of publication evidencing the plaintiff's intent to dispose of the property in such manner as the Attorney General may direct, and notice that any person, other than the defendants, having or claiming a legal interest in the property must file a petition with the court within thirty days of the final publication of notice or of receipt of actual notice, whichever is earlier.

6.      Such published notice shall state that the petition referred to in paragraph 5, above, shall be for a hearing to adjudicate the validity of the petitioner's alleged interest in the property, shall be signed by the petitioner under penalty of perjury, and shall set forth the nature and extent of the petitioner's right, title or interest in the property and any additional facts supporting the petitioner's claim and relief sought.

7.      The plaintiff may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property as a substitute for published notice as to those persons so notified.

8.      Upon adjudication of all third-party interests, this Court will enter a final order of forfeiture pursuant to 21 U.S.C. § 853(n), in which all interests will be addressed.

Dated this 7th day of November, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge