IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GLENDA AGUILAR,<br><br>　　　　　　Defendant. | 4:23-CR-3039<br><br>ORDER |

　　For the reasons stated in the Federal Public Defender's motion to withdraw (filing 126) and the Probation Office's retroactive sentencing worksheet (filing 127), the Court finds that the defendant is not eligible for a sentence reduction pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Accordingly,

　　IT IS ORDERED:

1. The Federal Public Defender's motion to withdraw (filing 126) is granted.

2. The defendant's *pro se* motion to reduce sentence (filing 123) is denied.

3. The Clerk of the Court shall provide a copy of this order to the defendant at the defendant's last known address.

Dated this 1st day of July, 2024.

BY THE COURT:

John M. Gerrard
Senior United States District Judge